Daniel STALEY, Plaintiff—Appellant,

v.

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; Kirkland Correctional Institution; Unidentified Parties, Defendants—Appellees.

No. 04–6022.

United States Court of Appeals, Fourth Circuit.

Submitted July 28, 2004.

Decided Aug. 30, 2004.

Daniel Staley, Appellant pro se.

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

ON REHEARING

PER CURIAM.

Daniel Staley appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. As Staley has stated no viable claim actionable under § 1983, we affirm the decision of the district court summarily dismissing the complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before the court and argument would not aid the decisional process.

*AFFIRMED*